PS 8C
(05/08)

August 1, 2019

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Summons for Defendant on Pretrial Release

**Name of Defendant:** Isaac Jordan Teodulo Pinnick  (English)         **Dkt No.:** 3:19CR0714-DMS-001

**Reg. No.:** 73786-298

**Name of Judicial Officer:** The Honorable Dana M. Sabraw, U.S. District Judge (matter referred to the Honorable Jill L. Burkhardt, U.S. Magistrate Judge)

**Date Conditions Ordered:** February 4, 2019, before the Honorable Jill L. Burkhardt, U.S. Magistrate Judge

**Charged Offense:** 21:952, 960 - Importation of a Controlled Substance (Felony)

**Conditions of Release:** *Mandatory Conditions* - Not commit a federal, state, or local crime during the period of release, and cooperate in the collection of a DNA sample as authorized by 42 U.S.C. 14135a. *Standard Conditions* - appear in court as ordered and surrender as directed to serve any sentence; not possess a firearm, destructive device, or other dangerous weapon; not use or possess a narcotic drug or other controlled substance without a lawful medical prescription and not use or possess marijuana under and circumstances; report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; advise the Court or the Pretrial Services Office in writing of the defendant's current residence address and phone number, when first reporting to Pretrial Services, and any new contact information, before making any change of residence or phone number; restrict travel to San Diego County, do not enter Mexico, travel to the Central District of California with the approval of Pretrial Services to resolve outstanding warrants. *Additional Conditions*: reside at residence approved by Pretrial Services, including a contract facility; clear all warrants/FTAs and pay all fines within 90 days of release or as directed by Pretrial Services; submit to psychological/psychiatric treatment at Pretrial Services' discretion; participate in the Location Monitoring Program and comply with its requirements under home detention with technology as directed by Pretrial Services.

**Modification**:  On February 14, 2019, the defendant's conditions of release were modified to include he participate in the Location Monitoring Program and comply with its requirements as directed under home detention.

On March 5, 2019, the defendant's conditions of release were modified to include travel to the Central District of California to resolve outstanding warrants and submit to psychological/psychiatric treatment at Pretrial Services' discretion.

**Name of Defendant:** Isaac Jordan Teodulo Pinnick                                       August 1, 2019
**Docket No.:** 3:19CR0714DMS-001                                                                           Page 2

On March 14, 2019, the defendant's conditions of release were modified to include he submit to drug testing no more than eight times per month and he participate and complete an inpatient program of substance abuse therapy and counseling as directed by Pretrial Services.

On June 28, 2019, the defendant's conditions of release were modified to include he participate in location monitoring under a curfew from 9:30 p.m. to 4 a.m. or at the discretion of Pretrial Services.

**Date Released on Bond:** March 7, 2019

**Next Court Hearing:** April 5, 2019 at 11:00 a.m. for a Motion Hearing

**Asst. U.S. Atty.:** Katherine McGrath                **Defense Counsel:** Rebecca Fish (Appointed)
                   (619) 546-9054                                                          (619) 234-8467

**Prior Violation History:**  On March 22, 2019, your Honor agreed to hold action in abeyance as to the defendant's deviation from his home detention schedule.

On April 2, 2019, your Honor was notified the defendant submitted a urine test which confirmed positive for codeine.  No action was taken as the defendant had mistaken prescription mediation for aspirin.

---

# PETITIONING THE COURT

## TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE ALLEGATIONS

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Special Condition)**<br>Participate in the Location Monitoring Program and abide by all technology requirements with GPS Monitoring under home detention. | 1. On March 20, 2019, the defendant failed to abide by his home detention schedule. |

**Name of Defendant:** Isaac Jordan Teodulo Pinnick                                            August 1, 2019
**Docket No.:** 3:19CR0714DMS-001                                                          Page 3

*Grounds for Revocation:*

On February 14, 2019, the Court set conditions of release which included he participate in the Location Monitoring Program with active GPS under home detention. On March 8, 2018, during a post release intake interview, the conditions of release were reviewed as well as the Location Monitoring Program participant agreement. The participant acknowledged an understanding of his rules; specifically that he not deviate from his approved schedule.

A review of daily GPS points for March 20, 2019, revealed the participant deviated from his schedule. GPS mapping revealed he stopped at an unauthorized address, 1635 Sweetwater Road National City, California 91950. A taco shop and NY Giant Pizza King are located at this address. The defendant was scheduled and approved to appear for a job interview at YYK enterprises located at 726 W. 19th Street National City, California 91950.

In response to his conduct, the undersigned contacted the participant to discuss this deviation. He indicated YYK enterprises is no longer at the address provided on Google and attempted to find the company associated with it. He indicated he googled "Bay Cities" and was directed to Bay Cities Chiropractic. The address of this location is 1727 Sweetwater Road. The undersigned admonished him for not abiding by his approved schedule and reviewed the Location Monitoring Rules again. He indicated he understood he cannot deviate from his approved schedule and affirmed this would not happen again.

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Special Condition)** Submit to treatment and/or testing at the discretion of Pretrial Services, for drugs or alcohol, not more than 8 times monthly | 2. The defendant failed to report for random drug testing on July 25 and 29, 2019. |

*Grounds for Revocation:*

On March 14, 2019, the Court issued a modified order setting the conditions of release which order the defendant to submit to testing for drugs/alcohol if required by Pretrial Services no more than eight times per month; testing may include urine testing, the wearing of a sweat patch, a remote alcohol testing system; and participate and complete an inpatient program of substance abuse therapy and counseling, as directed by Pretrial Services.

PS 8C
(05/08)

**Name of Defendant:** Isaac Jordan Teodulo Pinnick                                  August 1, 2019
**Docket No.:** 3:19CR0714DMS-001                                                                    Page 4

On March 15, 2019, our office reviewed this condition of release with the defendant as well as the consequences of noncompliance. Mr. Pinnick acknowledged understanding of this condition.

The defendant failed to report for random drug testing on July 25, 2019. The defendant reported his employer sent him to a new location and he did not make it on time for drug testing. The undersigned scheduled the defendant for a drug test on July 29, 2019; however, he failed to report on that date as directed. The defendant related he failed to report for drug testing due to an appointment with his bankruptcy attorney. He indicated the appointment took longer than anticipated and he did not make it time for drug testing. It should be noted the address for his bankruptcy attorney is located near the Pretrial Services office where the defendant is ordered to report for drug testing.

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Special Condition)**<br>Do not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription. | 3.   The defendant used methamphetamine on July 26, 2019, as evidenced by his own admission. |

*Grounds for Revocation:*

On February 4, 2019, the Court issued conditions of release. I have reviewed the conditions of release, and my review revealed the defendant must not possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances.

The defendant was released to Pretrial Services from custody on March 8, 2019. Our office reviewed this condition of release with the defendant as well as the consequences of noncompliance. Mr. Pinnick acknowledged understanding of this condition.

On July 30, 2019, the participant submitted a urine sample. The results of this urine test screened positive for amphetamines. On July 31, 2019, the defendant, the defendant's attorney, and the undersigned had a meeting to discuss his positive test results and failure to report for drug testing. The defendant admitted to using methamphetamine on July 26, 2019, with an acquaintance from the "streets." At the time of this meeting, the undersigned recommended he participate in and complete an inpatient treatment program. The defendant denied this service and indicated he was agreeable to outpatient substance abuse treatment. On this same date, the defendant submitted a urine sample and the undersigned inquired if this drug test would be positive for any illicit substances. He indicated "he does not know" and maintained he last used methamphetamine on July 26, 2019.

PS 8C
(05/08)

**Name of Defendant:** Isaac Jordan Teodulo Pinnick  August 1, 2019
**Docket No.:** 3:19CR0714DMS-001  Page 5

On August 1, 2019, the undersigned received and reviewed the results of the defendant's urine sample submitted on July 31, 2019. The results of this test screened positive for amphetamines and appear to be inconsistent with his last reported drug use. Additionally, the sample will be sent out for further analysis.

### SUPERVISION ADJUSTMENT

Mr. Pinnick's adjustment to supervision is deemed as poor. He has been given several opportunities to comply with his conditions of release. He has failed to report for random drug testing and has now admitted to using methamphetamine while out on bond. In addition, Mr. Pinnick previously deviated from his approved home detention schedule while on GPS monitoring. At this time, it appears Mr. Pinnick is not amenable to supervision.

Criminal computerized record checks reveal no new arrests or convictions.

### RECOMMENDATION/JUSTIFICATION

Pretrial Services respectfully recommends that the defendant be ordered to appear for an Order to Show Cause Hearing on August 6, 2019, at 9:00 a.m. so he can show cause why his bond should not be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 8/1/19

Respectfully submitted:  Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by  *Vanessa Andrews*  *Boris Il.*

Vanessa Andrews  Boris Ilic
U.S. Pretrial Services Officer  Supervising U.S. Pretrial Services Officer
(619) 557-7609
Place: San Diego, California

PS 8C
(05/08)

**Name of Defendant:** Isaac Jordan Teodulo Pinnick                                           August 1, 2019
**Docket No.:** 3:19CR0714DMS-001                                                                                    Page 6

## THE COURT ORDERS:

_____     **AGREE**, cite the defendant to appear for an Order to Show Cause Hearing on August 6, 2019, at 9:00 a.m. so he can show cause why his bond should not be revoked.

   X          Other   Issue no bail bench warrant

_(signed)_ Jill Burkhardt                                                                                   8/2/19
The Honorable Jill L. Burkhardt                                                                  Date
U.S. Magistrate Judge